**No. 41805.**—Protests 801259-G, etc., of Ossola Bros. et al. (New York).

Opinion by KEEFE, J. In accordance with stipulation of counsel and on the authority of Abstract 40880 it was held that the paraffin coating and twine on

the outside of the cheese in question should not have been included in the dutiable weight.